UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG SHERLAND,<br><br>            Plaintiff,<br>   v.<br><br>HALLMARK MANOR MEDICAL INVESTORS LLC, et al.,<br><br>            Defendants. | CASE NO. C23-0090JLR<br><br>ORDER |

Before the court is the motion for leave to file an amended complaint filed by Plaintiff Craig Sherland, who appears as the administrator of the estate of his deceased mother, Naomi Ruth Sherland. (Mot. (Dkt. # 11).) Mr. Sherland asks the court for leave to amend his complaint to substitute the names of Alyssa Paul, Michael Ngugi, and Optum Care Services Company as the true names of three Doe Defendants and to allege additional facts in support of his claims against these Defendants. (Mot. at 1-2; *see also id.*, Ex. B (proposed amended complaint, with proposed changes identified).) Named

ORDER - 1

Defendants Hallmark Manor Medical Investors, LLC and Consolidated Resources Health Care Fund I have not responded to Mr. Sherland's motion. (*See* Dkt.)

Federal Rule of Civil Procedure 15(a)(2) provides that where the conditions for amending a complaint as a matter of course do not apply, the court should freely give leave to amend when justice so requires. Fed. R. Civ. P. 15(a)(2). Here, the named Defendants have not responded to the motion[1]; the motion is timely (*see* Sched. Ord. (Dkt. # 10) (setting the deadline to amend pleadings on January 17, 2024)); and the court is satisfied, after reviewing Mr. Sherland's proposed amendments, that leave to amend is in the interest of justice. Therefore, the court GRANTS Mr. Sherland's motion to file an amended complaint (Dkt. # 11). Mr. Sherland shall file his amended complaint by no later than **August 8, 2023**.

Dated this 1st day of August, 2023.

JAMES L. ROBART
United States District Judge

---

[1] "Except for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2).

ORDER - 2