UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG SHERLAND, Administrator of the ESTATE OF NAOMI RUTH SHERLAND, deceased, and on behalf of CRAIG SHERLAND and KIM GONZALEZ, beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>HALLMARK MANOR MEDICAL INVESTORS, LLC, a Foreign Limited Liability Company, CONSOLIDATED RESOURCES HEALTH CARE FUND I, a Foreign Limited Partnership, all d/b/a HALLMARK MANOR, ALYSSA PAUL, an individual, OPTUM CARE SERVICES COMPANY, a Foreign Corporation, MICHAEL NGUGI, an individual, and JOHN/JANE DOES 1-7, individuals<br><br>Defendants. | NO. 2:23-cv-00090-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DEADLINE FOR DEFENDANTS MICHAEL NGUGI'S AND OPTUM CARE SERVICES COMPANY'S EXPERT WITNESS DISCLOSURES |

THIS MATTER came on for consideration of the Unopposed Motion to Continue Deadline for Defendants Michael Ngugi, ARNP's and Optum Care Services Company's Expert

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE DEADLINE FOR
DEFENDANTS MICHAEL NGUGI'S AND OPTUM
CARE SERVICES COMPANY'S EXPERT WITNESS
DISCLOSURES - 1
No. 2:23-cv-00090-JLR

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA  98121
p. 206-749-0094  •  f. 206-749-0194

Witness Disclosures, the Court having considered the records and files herein, including specifically the following supporting materials:

1. Unopposed Motion to Continue Deadline for Defendants Michael Ngugi's and Optum Care Services Company's Expert Witness Disclosures; and

2. Declaration of Joseph V. Gardner in Support of Unopposed Motion to Continue Deadline for Defendants Michael Ngugi, ARNP's and Optum Care Services Company's Expert Witness Disclosures.

IT IS HEREBY ORDERED that the Unopposed Motion to Continue Deadline for Defendants Michael Ngugi's and Optum Care Services Company's Expert Witness Disclosures is hereby GRANTED. Defendants are ordered to comply with the requirements of FRCP 26(a)(2) by February 16, 2024.

Dated this <u>16</u> day of <u>January,</u> 2024.

Honorable James L. Robart
United States District Judge

Presented by:

<u>s/Joseph V. Garnder</u>
Joseph V. Gardner, WSBA #53340
Attorney for Defendants Michael Ngugi
and Optum Care Services Company
FAIN ANDERSON VANDERHOEF, ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
Ph:  206.749.0094
Email: joe@favros.com

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO CONTINUE DEADLINE FOR DEFENDANTS MICHAEL NGUGI'S AND OPTUM CARE SERVICES COMPANY'S EXPERT WITNESS DISCLOSURES - 2
No. 2:23-cv-00090-JLR

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA  98121
p. 206-749-0094  •  f. 206-749-0194