UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CRAIG SHERLAND, Administrator of the ESTATE OF NAOMI RUTH SHERLAND, deceased, and on behalf of CRAIG SHERLAND and KIM GONZALEZ, beneficiaries,<br><br>Plaintiffs,<br><br>v.<br><br>HALLMARK MANOR MEDICAL INVESTORS, LLC, a Foreign Limited Liability Company, CONSOLIDATED RESOURCES HEALTH CARE FUND I, a Foreign Limited Partnership, all d/b/a HALLMARK MANOR, ALYSSA PAUL, an individual, OPTUM CARE SERVICES COMPANY, a Foreign Corporation, MICHAEL NGUGI, an individual, and JOHN/JANE DOES 1-7, individuals<br><br>Defendants. | NO. 2:23-cv-00090-JLR<br><br>ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS MICHAEL NGUGI AND OPTUM CARE SERVICES COMPANY<br><br>(~~PROPOSED~~) |

THIS MATTER came before the Court on the parties' Stipulated Motion for Voluntary Dismissal of Claims Against Defendants Michael Ngugi and Optum Care Services Company.

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS MICHAEL NGUGI AND OPTUM CARE SERVICES COMPANY (~~PROPOSED~~)- 1
No. 2:23-cv-00090-JLR

**Fain Anderson VanDerhoef**
**Rosendahl O'Halloran Spillane, PLLC**
3131 Elliott Avenue, Suite 300
Seattle, WA 98121
p. 206-749-0094 • f. 206-749-0194

The parties seek an order dismissing Michael Ngugi, ARNP and the Optum defendants from this action subject to the stipulations set forth in the parties' motion. Having considered the motion and the recitation of the parties' stipulations there, the Court hereby orders as follows:

Defendants Michael Ngugi, ARNP and Optum Care Services Company are dismissed from this action with prejudice and without an award of fees or costs subject to the stipulations set forth in the parties' motion.

**IT IS SO ORDERED.** The District Court Clerk is directed to enter this Order and provide copies to counsel.

DATED this 12th day of April, 2024.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANTS MICHAEL NGUGI AND OPTUM CARE SERVICES COMPANY (PROPOSED)- 2
No. 2:23-cv-00090-JLR

Fain Anderson VanDerhoef
Rosendahl O'Halloran Spillane, PLLC
3131 Elliott Avenue, Suite 300
Seattle, WA  98121
p. 206-749-0094 · f. 206-749-0194